CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RK

JAN 19 2010

JOHN F. CORCORAN, CLERK
BY: H McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHAN L. CRAIG,<br>    Plaintiff, | Civil Action No. 7:09-cv-00521 |
| v. | **ORDER** |
| WARDEN BRYAN B. WATSON, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(B)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 19th day of January, 2010.

                                              Senior United States District Judge